IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICHARD FRANK GONZALEZ                                            PLAINTIFF

vs.                         Civil No. 6:16-cv-06094-BAB

NANCY A. BERRYHILL                                                 DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 26th day of June 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                                 /s/ Barry A. Bryant
                                                                                 HON. BARRY A. BRYANT
                                                                                 U. S. MAGISTRATE JUDGE